| O-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) MANELLA, NORA M | 2. Court or Organization U.S. Dist. Court-Los Angeles | 3. Date of Report 4/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U. S. Courthouse 312 N. Spring Street Los Angeles, CA 90012-4701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Councilors | University of Southern California Law School |
| 2. Member | Pacific Council on International Policy |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MANELLA, NORA M | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Dreyfus - General CA Municipal Money Market Fund | A | Dividend | L | T | | | | | |
| 2. Vanguard CA Tax Free Fund Insured Long-Term Portfolio | C | Dividend | M | T | | | | | |
| 3. IRA - Fidelity Investments - Fidelity Asset Manager - Mutual | F | Dividend | N | T | | | | | |
| 4. Mutual Shares Fund (Franklin Templeton Fund) | E | Dividend | P1 | T | | | | | |
| 5. Bell South Corp. - Common [See VIII] | A | Dividend | J | T | Gift | 12/03 | J | | Fidelity Charitable Gift |
| 6. Lucent Technologies, Inc. - Common [See VIII] | | None | J | T | Gift | 12/03 | J | | Fidelity Charitable Gift |
| 7. Exxon Mobile Corp. - Common | C | Dividend | M | T | | | | | |
| 8. Fiserv Inc. - Common | | None | M | T | | | | | |
| 9. Spartan Assoc., Denver, CO - 18.75% Ltd. Prtn. Int. in Bldg | D | Royalty | K | W | | | | | |
| 10. I&M Green II Security Investment Prtn-2/5% Ltd. Prtn. Int. | A | Distribution | K | W | | | | | |
| 11. Rite Aid Corp. - Common [See VIII] | | None | J | T | Gift | 12/03 | J | | Fidelity Charitable Gift |
| 12. Vanguard 500 Index Fund Admiral Shares | E | Dividend | P1 | T | | | | | |
| 13. Metropolitan Wtr Dist So. CA Rev Ser A Municipal Bd Due 7/06 | C | Interest | L | T | | | | | |
| 14. San Fran CA City & Cnty CTFS Partn 555 7th St. Proj Muni Bd | B | Interest | L | T | | | | | |
| 15. Martinez CA CTFS Partn Wtr Sys Impt Proj-12/08 Municapal Bd | C | Interest | L | T | | | | | |
| 16. Montebello CA Cmnty Redev Agy Tax Alloc Mntebello Hills Muni | B | Interest | L | T | | | | | |
| 17. Calif St Pub Wks Brd Lse Rev Debt of Correction-A Muni Bond | C | Interest | L | T | | | | | |
| 18. LA Cnty CA Met Transn Auth Sales Tx Rev RFDG Prop A Muni Bd. | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | MANELLA, NORA M | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Alameda Cnty CA CTFS Partn Alameda Cnty Med Ctr PJ Muni Bond | C | Interest | M | T | | | | | |
| 20. Centinela Valley CA Un High Sch Dist G/O Ser A Bk-Qlfd Muni | B | Interest | L | T | | | | | |
| 21. Calif Statewide Cmnty Dev Auth Rev RFDG-Sherman Oaks Muni Bd | B | Interest | L | T | | | | | |
| 22. Centinela Valley CA Un High Sch Dist G/O Ser A Bk-Qlfd Muni | D | Interest | M | T | | | | | |
| 23. Los Angeles CA St Bldg Auth Lease Rev Ser A-MBIA-IBC Muni Bd | D | Interest | M | T | | | | | |
| 24. Orange CA CTFS Partn RFDG Police Headqtrs FACS Ser A Muni Bd | C | Interest | M | T | | | | | |
| 25. Sacramento CA Mun Util Dist Elec Rev RFDG Ser G-9/07 Muni Bd | D | Interest | M | T | Redeem | 9/03 | M | | |
| 26. Calif St Pub Wks Brd Lse Rev RFDG Dept Corrections-2011 Muni | D | Interest | M | T | | | | | |
| 27. Irwindale CA Ctfs Partn RFDG Mun Facs Proj-4/2009 Muni Bd | B | Interest | L | T | | | | | |
| 28. Industry Calif G/O RFDG-7/2016 Municipal Bond | B | Interest | L | T | | | | | |
| 29. Sports Auth Inc [Gart Sports] - Common [See VIII] | | None | J | T | Gift | 12/03 | J | | Fidelity Charitable Gift |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Items No. 5, 6, 11, and 29: On December 26, 2003, the following stocks were transferred, as a gift, to the Fidelity Charitable Gift Fund: Bell South Corp. Common Stock, Lucent Technologies, Rite Aid Corp., and Sports Authority Inc. Please note that Sports Authority Inc. was formerly known as "Gart Sports." The name change occurred on August 5, 2003. Please see 4/15/2003 explanation for the history of Gart Sports stock issuance in April 2002.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MANELLA, NORA M | 4/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  4/8/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544